IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
ALABAMA

SHADEY BRON MELVIN,
PLAINTIFF,
PRO SE

CASE NO #
1:19-CV-83
(To Be Supplied by Clerk.)

VS

STATE OF ALABAMA
DEFENDANTS

DAVID SUTTON (SHERIFF)
LEE HOLLEY (Co 1) SUPERVISOR
JOSH SALVIN (Co 1)

## 1983 COMPLAINT AGAINST INMATE RIGHT(S)

COMES NOW THE ABOVE NAMED PLAINTIFF SHADEY BRON MELVIN PRO SE AND MOVES THIS HONORABLE COURT AND JUDGE TO RENDER FAVORABLE JUDGEMENT AND GRANTING THIS SAID COMPLAINT AGAINST THE FOLLOWING DEFENDANT

### STATEMENT OF CASE

THE PLAINTIFF WERE ARRESTED AND CHARGED WITH POSS OF FIREARM ON OR ABOUT NOV 28 2018 WHEN HE WAS ASSAULTED BY THE COFFEE COUNTY

Jail Staff They Clearly use Excessive force Against The plaintiff for No Reason at all They clearly have Abused There power In There Job when They violated Mr Shadey Deon Melvin Constitutional Rights)

### Issue One

To look at The Conduct of The officer And The Excessive force That was used because The plaintiff was In full compliance with The order That was gave to Him In The force from CO1 Lee Holley was Unnessary And Unconstitutional And are nothing other than a violation of his Constitutional Rights

### Issue Two

The Conduct And Training That The Correctional officer's must go Through to become And officer Requires Something other Than A family friend Or My Cousin what we call This good old boy System

The plaintiff was ordered to go To (3) Cell Lock Down As He Entered The Cell He was Hit In The back of The Head And hip Tossed face First In The Concrete by Lee Holley And CO1 Josh Tazes Him for No Reason at Excessive force

THE GRANTING OF THIS INSTANT MOTION
WILL NOT PREJUDICE THE STATE &

DATED THIS THE 25TH day of JAN 2018

I SWEAR UNDER THE PENALTY OF PERJURY
THE ABOVE IS TRUE AND CORRECT &

Respectfully Submitted
Shirley Bryn Melvin
County Complex #2
New Brockton AL
36351

SHACKLY BRON MELVIN
County Complex #4
NEW BROCKTON AL 36351

MONTGOMERY
AL 363
25 JAN '19
PM S L

FIRST-CLASS

PITNEY BOWES
US POSTAGE
02 1P          $ 000.47⁰
0001187792   JAN 25 2019
MAILED FROM ZIP CODE 36351

DISTRICT COURT
1 CHURCH ST,
MONTGOMERY AL

INMATE MAIL

36104-401801